United States District Court
Southern District of Texas
**ENTERED**
March 30, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § § | |
| **Plaintiff,** § | |
| V. § | **CIVIL ACTION NO. 5:20-CV-160** |
| § | |
| **102.06 ACRES OF LAND, MORE OR** § | |
| **LESS, SITUATED IN WEBB COUNTY,** § | |
| **STATE OF TEXAS, ET AL.,** § § | |
| **Defendants.** § | |

## ORDER

An Initial Pretrial Scheduling Conference is currently set for April 28, 2021. (Dkt. No. 20). In order for the Court to consider and enter appropriate orders for the management of the case pursuant to Federal Rule of Civil Procedure 16(a) and (b), the Court anticipates discussing, *inter alia*, the Government's position on how it intends to proceed with this lawsuit for acquisition of a right of entry related to its prior plan to construct a border wall, in light of President Biden's Proclamation on the Termination of Emergency with Respect to the Southern Border of the United States and Redirection of Funds Diverted to Border Wall Construction, Proclamation No. 10142, 86 Fed. Reg. 7225 (Jan. 27, 2021). However, the Court deems it efficient and appropriate to allow the Government additional time to develop its future course of action.

The Court therefore finds good cause to postpone the Initial Pretrial Scheduling Conference and the entering of a scheduling order. The Court *sua sponte* **RESETS** the upcoming dates for the parties' joint discovery/case management plan and for the Initial Pretrial and Scheduling Conference. The Court **ORDERS** the parties to file their joint discovery/case management plan no later than **May 14, 2021**. The Initial Pretrial and Scheduling Conference is **RESET** to **May 19, 2021 at 10:30 a.m**.

It is so **ORDERED**.

**SIGNED** on March 30, 2021.

John A. Kazen
United States Magistrate Judge